```
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Christopher R. Shafer, Pro-SE
3199 Federal Street
Camden, New Jersey 08105
(856) 236 - 8232


IN Re:
CHRISTOPHER R. SHAFER,
Debtor
_____

CHRISTOPHER R. SHAFER
       Plaintiff
v.

Barry Sharer, Trustee
```

U S. BANKRUPTCY COURT
FILED
CAMDEN. NJ

08 SEP 15 PM 12:57

JAMES J. WALDRON

BY:_____
DEPUTY CLERK

A Hearing on this matter will be held
on 10/14/08 at 10:00
Mitchell H. Cohen U.S. Courthouse
400 Cooper Street
Camden, NJ 08101
Courtroom 4C

Case No – 07-14206 – GMB

Petition to Convert Chapter 7 to
Chapter 13 on **Short Notice**

Judge: Honorable Gloria M. Burns

CERTIFICATION OF SERVICE OF THE
MOTION WITH THIS DATE IS REQUIRED
PRIOR TO THE HEARING DATE OR THE
MOTION WILL BE DENIED.

I, Christopher R. Shafer, I am the Debtor, Pro Se, named in the above captioned matter.

1. On or by March 28, 2007, Debtor filed for Chapter 7 Bankruptcy, which is Case No. 07-14206-GMB.

2. After filing the Objection to the Proof of Claims heard before Your Honor on September 2, 2008, approximately $10,000 of unsecured debt remains of which a portion of, if not all is still in dispute.

3. The Debtor is converting his Chapter 7 filing to a Chapter 13 and will make arrangements to

pay off what debts remain after the Objections to the Proof of Claims is either upheld or dismissed.

4. By way of history, when the Debtor originally filed for bankruptcy there was approximately $500,000 in unsecured debt **according** to the **credit report,** much, if not all, turns out was duplicates. As this Court may recall the Debtor recently submitted Objections to Proof of Claims to all the remaining debtors. All but about $10,000 are not contesting the Objection and their debt is dismissed.

5. Based upon this recent circumstance the Debtor is converting my chapter 7 to chapter 13. Attached as Exhibit A is my revised means test and additional bankruptcy forms for the purpose of the Chapter 13.

6. One requirement of Chapter 13 is the debts have to be repaid within 10 years. Paying $50 PER WEEK, which is no burden, pays off $12,500.00 in debt in 5 years. Half of the time as required by the statue.

7. The following are list of debtors and amounts that are to be expunged as they were notified

of the Objection to Claim and did not respond. The original Objections were filed in July, this Court provided them until September. The following are the list of Creditors who originally objected to the debt being dismissed but did not respond to the Objection to the Claim filed by the Debtor:

| | | | |
|---|---|---|---|
| a. | #2 | Discovery | $8,987.71 |
| b. | #7 | PORTFOLIO RECOVERY ASSOCIATES | $13,241.90 |
| c. | #8 | Credigy Receivables Inc | $38,579.71 |
| | | Total | $60,809.32 |

The Honorable Gloria M. Burns requested Forms of Order to be prepared and supplied to Dismiss the claims with prejudice. This was done via PDF and e-mail on or by September 3, 2008.

8. Two of the Objections were filed and are in the process of being review. They are:

| | | | |
|---|---|---|---|
| a. | #1 | Mr. Schartz's Default Judgment | $7,353.20 |
| b. | #5 | Holly Cross High School | $1,740.05 |
| c. | #3 | Pressler and Pressler which appears to be a duplicate of Mr. Schwartz claim. (New Century Financial Service, Inc – part paid by way of Court Order.) | $1,840.91 |

| | | |
|---|---|---|
| d. | #4 Pressler and Pressler which appears to be a duplicate of Mr. Schwartz claim. (New Century Financial Service, Inc - part paid by way of Court Order.) | $3,198.56 |
| | Total | $14,132.72 |

9. The Capital One Auto Finance is to remain in place and be paid as per the re-affirmation agreement the secured claim amount is $17,575.34 (which is probable reduced as the debtor has been making payments).

10. The debtor seeks a stay of all proceedings pending the Bankruptcy court Decisions on the conversion of the Debtor's Chapter 7 to Chapter 13 as it materially changes the direction of the proceedings.

_____
Christopher R. Shafer

Date: 9/8/2008

```
                                              U.S. BANKRUPTCY COURT
                                                     FILED
                                                  CAMDEN, NJ

         Christopher R. Shafer    08 SEP 15 PM 12:57
         3199 Federal Street       JAMES J. WALDRON
         Camden, New Jersey 08105
         Debtor Pro - Se          BY:_____
         September 8, 2008             DEPUTY CLERK
```

*Via: HAND DELIVERY*
COURT CLERK
U.S. BANKRUPTCY COURT
401 Market Street
Camden, New Jersey 08102

    **Re:** Debtor, Christopher R. Shafer, Sr.; Case No. 07-14206GMB

Dear Sir/Madam:

    Enclosed please find an original and three (3) copies of Debtor's Petition to convert his Chapter 7 to Chapter 13 effective immediately.

    Kindly provide a stamp filed copy to our office. Thank you for your time and consideration.

                                                     Very truly yours,

                                                     Christopher R. Shafer

cc: Anthony Sodono, III, Esquire - Facsimile